|   |   |
|---|---|
| MELINDA HAAG (CABN 132612)<br>United States Attorney | **FILED** |
| JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division | APR 0 7 2011 |
| STEVEN J. SALTIEL (CSBN 202292)<br>Assistant United States Attorney | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6996
FAX: (415) 436-6748
steven.saltiel@usdoj.gov

Attorneys for United States if America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*<br>JOEI LYN HARRISON and SANDI ELAN BYRNE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CRESCENT CITY; ELI NAFFAH; MIKE YOUNG; JIM BARNTS; STOVER ENGINEERING; WARD STOVER; WAHLUND CONSTRUCTION/SEQUOIA CONSTRUCTION/O & M INDUSTRIES; KEN WAHLUND, and DOES 1 through 100, And Each of Them, Inclusive,<br><br>Defendants. | No. C 10-0313–NJV<br><br>**UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION;** [PROPOSED] **ORDER**<br><br>**FILED UNDER SEAL** |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States hereby notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows a relator to bring an action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General

NOTICE OF ELECTION TO DECLINE INTERVENTION; [PROPOSED] ORDER
Case No. C 10-0313 NJV

1 give written consent to the dismissal and their reasons for consenting." Id. The United States
2 Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United
3 States only has the right to a hearing when it objects to a settlement or dismissal of the action.
4 U.S. ex rel. Green v. Northrop Corp., 59 F.3d 953, 959 (9th Cir. 1995); U.S. ex rel. Killingsworth
5 v. Northrop Corp., 25 F.3d 715, 723-25 (9th Cir. 1994).

6 Therefore, the United States requests that, should either the relators or the defendants propose
7 that this action be dismissed, settled, or otherwise discontinued, this Court provide the United
8 States with notice and an opportunity to be heard before ruling or granting its approval.

9 Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings
10 filed in this action be served upon the United States. The United States also requests that orders
11 issued by the Court be sent to the Government's counsel. The United States reserves its rights to
12 order any deposition transcripts, and to intervene in this action, for good cause, at a later date.
13 The United States also reserves its right to move to dismiss the action pursuant to 31 U.S.C. §
14 3730(c)(2)(A).

15 Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings
16 filed in this action be served upon the United States. The United States also requests that orders
17 issued by the Court be sent to the Government's counsel. The United States reserves its rights to
18 order any deposition transcripts, and to intervene in this action, for good cause, at a later date.
19 The United States also reserves its right to move to dismiss the action pursuant to 31 U.S.C. §
20 3730(c)(2)(A).

21 Finally, the United States requests that the applications and stipulations filed by the United
22 States with the Court during the seal period remain under seal and not be made public or served
23 upon the defendant.
24 \\
25 \\
26 \\
27 \\
28 \\

1  A proposed order accompanies this notice.

2  DATED: March 28, 2010                    Respectfully submitted,

3                                            MELINDA HAAG
                                             United States Attorney

6                                            _____
                                             STEVEN J. SALTIEL
                                             Assistant United States Attorney

8                                    [PROPOSED] ORDER

9       1. All sealed contents of the Court's file in this action shall remain under seal and not be
10  made public or served upon the defendant, except for the Complaint, this Order, and the
11  accompanying United States' Notice of Election to Decline Intervention, which are hereby
12  unsealed.

13      2. Unless the relators voluntarily dismiss this action pursuant to Rule 41(a) of the Federal
14  Rules of Civil Procedure, they shall serve the Complaint, this Order and the accompanying
15  Notice of Election to Decline Intervention upon the defendant.

16      3. The seal is lifted as to all matters occurring in this action after the date of this Order.

17      4. The parties shall serve all pleadings and motions filed in this action, including
18  supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The
19  United States may order any deposition transcripts and is entitled to intervene in this action, for
20  good cause, at any time.

21      5. All orders of this Court shall be sent to the United States.

22      6. Should the relators or the defendants propose that this action be dismissed, settled, or
23  otherwise discontinued, the Court will provide the United States with notice and an opportunity
24  to be heard before ruling or granting its approval.

25      IT IS SO ORDERED.

26      DATED: 4/5/11                        _____
                                             HON. NANDOR J. VADAS
27                                           United States District Judge

28

NOTICE OF ELECTION TO DECLINE INTERVENTION; [PROPOSED] ORDER
Case No. C 10-0313 NJV                     3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION; [PROPOSED] ORDER**

<u>United States of America ex rel. Joei Lyn Harrison and Sandi Elan Byrne, v. City f Crescent City, et al.</u>
C 10-0313 NJV (Under Seal)

to be served this date upon each of the persons indicated below at the address shown:

Abraham N. Goldman, Esq.
David Springfield, Esq.
ABRAHAM N. GOLDMAN &
ASSOCIATES, LTD.
P.O. Box 120/1286 Rices Crossing Rd.
Oregon House, California 95962-0120

√  **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  **CERTIFIED MAIL** (#) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  **BY PERSONAL SERVICE (BY MESSENGER):** I caused such envelope to be delivered by hand to the person or offices of each addressee above.

____  **BY FACSIMILE (FAX):** I caused each such document to be sent by facsimile to the person or offices of each addressee above.

____  **BY E-MAIL:** I caused each such document to be sent by e-mail to the person or offices of each address above.

____  **BY FEDERAL EXPRESS**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed March 28, 2011 at San Francisco, California.

*Kathy Terry* (signature)
KATHY TERRY
Legal Assistant