**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| UNITED STATES EX REL, | No. 1:10-CV-0313 NJV |
| Plaintiffs, | ORDER DISMISSING ACTION WITHOUT PREJUDICE |
| v. | |
| CITY OF CRESCENT CITY, et al., | |
| Defendants. | |

This case was filed on January 22, 2010, and no defendant has appeared in the case. On June 2, 2011, Plaintiffs filed a notice of voluntary dismissal pursuant to Rule 41(a), Federal Rules of Civil Procedure, moving this Court for dismissal of this action in its entirety, without prejudice, and specifically without prejudice to the United States of America. Also on June 2, 2011, pursuant to 31 U.S.C. § 3730(b)(1), the United States of America filed a consent to the dismissal of this action, provided such dismissal is without prejudice to the United States.

Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED without prejudice. The Clerk of the Court is directed to close this case.

Dated: June 6, 2011

NANDOR J. VADAS
United States Magistrate Judge